Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 14

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. A05-0224 MJ (JDR) |
| vs. | **ENTRY OF APPEARANCE** |
| MICHAEL DAVID SARGENT, | |
| Defendant. | |

Mary C. Geddes, Assistant Federal Public Defender, enters her appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be sent to Mary C. Geddes, Esq., Assistant Federal Defender, 550 West 7th Avenue, Suite 1600, Anchorage, AK 99501.

DATED this __9__ day of __December__, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

_____
Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on __Dec. 9__, 2005, I hand delivered a copy of this document to:

Retta-Rae Randall, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

_____
Lenora L. Roehling